UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Randall Norris**　　　　　　　　　　　　　　　　　　　　**Docket No. 7:21-CR-102-1BO**

### Petition for Action on Supervised Release

COMES NOW Caroline M. O'Reilly, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Randall Norris, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possession With Intent to Distribute 500 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A), Possession With Intent to Distribute 50 Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)., was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on May 25, 2022, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Randall Norris was released from custody on December 28, 2023, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 10, 2024, the defendant submitted a positive urinalysis for methamphetamine and marijuana. The defendant admitted to use and was reprimanded by his officer.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ David W. Leake　　　　　　　　　　　　　　　/s/ Caroline M. O'Reilly
David W. Leake　　　　　　　　　　　　　　　　　Caroline M. O'Reilly
Supervising U.S. Probation Officer　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　2 Princess Street, Suite 308
　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, NC 28401-4290
　　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-679-2030
　　　　　　　　　　　　　　　　　　　　　　　　Executed On: April 10, 2024

Randall Norris
Docket No. 7:21-CR-102-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this  11  day of  April , 2024, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
United States District Judge